# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERDAL GUNER, | Case No.:  26cv0156 DMS BJW |
| Petitioner, | **ORDER ON PETITION** |
| v. | |
| KRISTI NOEM, Secretary of the Department of Homeland Security ("DHS"); PAMELA BONDI, Attorney General of the United States; TODD LYONS, Acting Director of Immigration and Customs Enforcement ("ICE"); DANIEL BRIGHTMAN, San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"); CHRISTOPHER LAROSE, Warden of Otay Mesa Detention Center; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Respondents. | |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a response to the Petition in which they concede Petitioner is a member

1

of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and is therefore entitled to a bond hearing.  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration court within seven (7) days of this Order. On or before **February 17, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been provided with a bond hearing and the result of that hearing.  In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED.**

Dated:  February 9, 2026

Hon. Dana M. Sabraw
United States District Judge

2

26cv0156 DMS BJW